1 | James A. Clark, State Bar No. 278372
james.clark@towerlegalgroup.com
2 | Renee N. Parras, State Bar No. 283441
renee.parras@towerlegalgroup.com
3 | TOWER LEGAL GROUP, P.C.
1510 J Street, Suite 125
4 | Sacramento, CA 95814
Telephone: 916.361.6009
5 | Facsimile: 916.361.6019

6 | Attorneys for Plaintiff
PATRICK LEE
7 |

8 | Kevin D. Reese CA Bar No. 172992
kevin.reese@ogletreedeakins.com
9 | Jill V. Cartwright CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
10 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
11 | One Market Plaza
San Francisco, CA  94105
12 | Telephone:    415.442.4810
Facsimile:     415.442.4870
13 |

14 | Attorneys for Defendants
AMERICAN JETS, INC., and
AIR METHODS CORPORATION
15 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| PATRICK LEE, | Case No. 2:15-cv-00837-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |
| v. | |
| AMERICAN JETS, INC., a Florida Corporation; AIR METHODS CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive, | Complaint Filed: March 17, 2015<br>Case Removed: April 17, 2015<br>Trial Date: Not Set |
| Defendant. | |

Case No. 2:15-cv-00837-JAM-KJN
STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE

1  Plaintiff Patrick Lee ("Plaintiff") and defendants AMERICAN JETS, INC., & AIR METHODS CORPORATION ("Defendants") hereby stipulate through their counsel of record that the above-captioned action be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: August 20, 2015        TOWER LEGAL GROUP, P.C.

By:  */s/  James A. Clark*
     James A. Clark
     Renee N. Parras

Attorneys for Plaintiff
TIMOTHY MCDANIEL

DATED: August 20, 2015        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/  Jill V. Cartwright*
     Kevin D. Reese
     Jill V. Cartwright

Attorneys for Defendants
AMERICAN JETS, INC.
AIR METHODS CORPORATION

# ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

**IT IS SO ORDERED.**

DATED:  August 20, 2015          /s/ John A. Mendez_____
                                 The Honorable John Mendez
                                 Judge of the United States District Court